**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Dmt MacTruong, Planned Parenthood Federation of America, Inc., Elizabeth Warren, Amy Klobuchar, Cory Booker, Bernie Sanders, Alexandria Ocasio-Cortez, Joseph R. Biden, Jr., Gavin Newsom, George Clooney, Brad Pitt, Angelina Jolie, Elon Musk, Britney Spears, Norah O'Donnell, <br><br>         Plaintiffs, <br> -AGAINST- <br><br> Greg Abbott, Dan Patrick, Dade Phelan, Donald J. Trump, Clarence Thomas, Brett M. Kavanaugh, Neil M. Gorsuch, Amy Coney Barrett, Samuel Alito, <br>         Defendants | 1:22CV00476LY <br><br> Action Civ No. |

# PLAINTIFFS' COMPLAINT

**AGAINST DEFENDANTS ACTING IN CONCERT TO COMMIT MASS MURDERS, RECKLESS ENDANGERMENT, EGREGIOUS AGGRAVATED VIOLATION OF WOMEN AND THEIR LOVED ONES' CONSTITUTIONAL AND LEGAL RIGHTS TO FREEDOM, ENJOY SEX, PRIVACY, PURSUE HAPPINESS, AND TO ABSOLUTELY CONTROL THEIR LIVES AND BODIES, UNDER COLOR OF LAW IN VIOLATION OF THE U.S. CONSTITUTION AS BEING UPHELD BY SCOTUS IN *ROE v WADE,* AND OF PLAINTIFF MACTRUONG'S COPYRIGHTED ORIGINAL LEGAL MATERIALS ENTITLED "CCO NETWORK" HAVING BEEN DESIGNED TO DETECT AND PROSECUTE ANY ILLEGAL ACTIVITY BY PRIVATE CITIZENS.**

Dmt MacTruong, also known as Dr. Mac Truong, Plaintiff *pro se*, affirms and certifies as follows:

## JURISDICTION AND VENUE

1

1. This is a civil action by Plaintiff Dmt MacTruong *pro se* herein to recover civil damages, <u>without seeking any criminal sanctions</u>, from Defendants herein, who have committed offenses, commonly known as violations of Plaintiff's copyrights pursuant to **17 U.S. Code § 102 - Subject matter of copyright in general;** and/or criminal conspiracies in violation of **18 U.S.C. § 371,** which creates an offense in the event *"two or more persons conspire either to commit any offense against the United States or to defraud the United States, or any agency thereof in any manner or for any purpose."* (emphasis added). *See* Project, *Tenth Annual Survey of White Collar Crime*, 32 Am. Crim. L. Rev. 137, 379-406 (1995) (generally discussing § 371).

2. **This U.S. District Court has subject-matter jurisdiction over this civil action pursuant to 28 U.S.C. §1331,** which grants **federal district courts** original subject-matter jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States" including but not limited to **17 U.S. Code § 102 and/or 18 U.S.C. § 371, 10 U.S. Code § 921 - Art. 121** or any applicable provision of the U.S. Laws and Constitution.

3. Venue is proper in this Court pursuant to 28 U.S.C. 1391(b) and (c) since all the defendants herein are residing and/or doing business in the U.S. State of Texas.

4. Additionally, most of the events, circumstances and/or actions such as acting in concert to commit any offense against the United States or to defraud the United States, or any agency thereof in any manner or for any purpose, and/or violating Plaintiff MacTruong's copyrights, occurred mainly in the U.S. State of Texas

5. Finally, upon information and belief none of the Defendants would object to venue of this Court, which is not inconvenient for them to attend, viewing that all court filings or appearances will be done by submission of papers and/or teleconferences.

# THE PARTIES

## (a)

### THE PLAINTIFFS

6. Dmt MacTruong, also known as Dr. Mac Truong, and/or DMT God 3.0, Plaintiff *pro se*, is over 18 years of age. I have been a devoted U.S. citizen for the last 32 years. I have been sworn in under oath on November 12, 1980, to do anything within the limit of the law to protect the full interest of the United States of America.  I reside in the U.S. State of New Jersey and maintain an office at 875 Bergen Avenue, Jersey City, NJ 07306. Phone Number (914) 215-2304.

7.  Planned Parenthood Federation of America, Inc., Plaintiff herein, is a legal entity, maintaining an office at 123 William Street, Tenth Floor, New York, NY 10038. We join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, we reserve our right to withdraw or serve our own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with our personal interest and/or that of America as we deem it fit.

8.  Elizabeth Warren, Plaintiff herein, is a U.S. Senator for the U.S. State of Massachusetts, maintaining an office at 309 Hart Senate Office Building Washington, DC 20510. Phone: (202) 224-4543.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

9.  Amy Klobuchar, Plaintiff herein, is a U.S. Senator for the U.S. State of Minnesota, maintaining an office at 425 Dirksen Senate Building, Washington, DC 20510. P*hone:* 202-224-3244. F*ax:* 202-228-2186. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

10.   Cory Booker, Plaintiff herein, is a U.S. Senator for the U.S. State of New Jersey, maintaining an office at 425 Dirksen Senate Building, Washington, DC 20510. Phone*:* 202-224-3244. F*ax:* 202-228-2186. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

11.    Bernie Sanders, Plaintiff herein, is a U.S. Senator for the U.S. State of Vermont, maintaining an office at 1 Church St., 3rd Floor, Burlington, VT 05401. Toll-free: 800-339-9834. Phone: 802-862-0697. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

12.    Alexandria Ocasio-Cortez, Plaintiff herein, is a U.S. Representative for New York 14th Congressional District since 2019, maintaining an office at 216 Cannon HOB, Washington, DC  20515. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

13.    Joseph R. Biden, Jr., Plaintiff herein, is the incumbent President of the United States of America. I maintain an office at The White House, 1600 Pennsylvania Ave NW, Washington, DC 20500. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit. I do hereby further encourage any party having a legitimate interest in this matter to move the Court to allow them to intervene to have their voices heard in this litigation, which concerns the lives and death and/or the peace of minds and/or happiness of about 36 million child-bearing-aged American females, and those of their parents, siblings, and children, who love them and would do anything for their safety and happiness, i.e., almost all the  American people, with a loving and caring heart, except apparently the heartless defendants herein and their co-conspirators, being confused about an actually simple issue of law, even though they must have believed they had acted in good faith for a noble communistic socialist ideal.

14.    Gavin Newsom, Plaintiff herein, is the incumbent Governor of the U.S. State of California. I maintain an office at 1303 10th Street, Suite 1173, Sacramento, CA 95814. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

15.  George Clooney, plaintiff herein, is a movie actor, director, and producer. I reside at 100 East 53rd Street, New York, NY 10022.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

16.  Brad Pitt, plaintiff herein, is a movie actor and artist. My address is Brad Pitt, Brillstein EP, 9150 Wilshire Blvd. Suite 350, Beverly Hills, CA 90212. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

17.  Angelina Jolie, plaintiff herein, is a movie actor and artist. My address is 9200 Sunset Boulevard, Suite 810, West Hollywood, CA 90069. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

18.  Elon Musk, Plaintiff herein, is a patented inventor and U.S. businessman. I maintain an office at c/o Tesla Motors, 3500 Deer Creek, Palo Alto, CA 94304. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

19.  Britney Spears, plaintiff herein, is a movie actor and artist. My address is ReignDeer Entertainment, 1100 Glendon Avenue, Los Angeles, CA 90024-3503. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

20. Norah O'Donnell, Plaintiff herein, is a U.S. media expert, maintaining an office at 1332 21st St NW Apt 501, Washington, DC, 1315. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

### (b)
### THE DEFENDANTS

21. Upon information and belief, Defendant Greg Abbott is the incumbent Governor of the U.S. State of Texas. He is residing at and/or doing business from the Office of the Governor, P.O. Box 12428, Austin, Texas 78711-2428.

22. Upon information and belief, Defendant Dan Patrick, is the incumbent Lieutenant Governor of the U.S. State of Texas. He is residing at and/or doing business from the Office of the Lieutenant Governor, P.O. Box 12068, Austin, Texas 78711.

23. Upon information and belief, Defendant Dade Phelan is a Representative and State House Speaker of the U.S. State of Texas, residing at and/or doing business from the Office of the State House Speaker, P.O. Box 2910, Austin, TX 78768.

24. Upon information and belief, Defendant Donald J. Trump is a former President of the United States of America, residing at and/or doing business from his office at 725 5th Avenue, New York, NY 10022.

25. Upon information and belief, Defendant Clarence Thomas is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

26. Upon information and belief, Defendant Brett M. Kavanaugh is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

27.   Upon information and belief, Defendant Neil M. Gorsuch is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

28.   Upon information and belief, Defendant Amy Coney Barrett is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from her office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

29.   Upon information and belief, Defendant Samuel Alito is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

## FACTS AND CIRCUMSTANCES
## UNDERLYING THE INSTANT ACTION

30.   In 2012 Plaintiff Dmt MacTruong, who is patented inventor of many incredible inventions, such as Tele-Sex or Tele-Mining on Jupiter and other planets of the Solar System, or Tele-building Manhattan-sized Spaceships, under water habitable cities prior to people moving in, Dmt-Highways, Dmt-Safe Nuclear Plants while awaiting for fusion energy to become available, Trees and Forests of Life, Dmt-Forests stopping deforestation and/or making of desserts habitable farmlands…, of which people nowadays still have no idea about, but which would save our planet from both world wars and climastrophes, wrote about four pages, a true copy of which is annexed hereto as EXHIBIT A. It is entitled THE CCO NETWORK (CCO meaning Community Civic Officers.) It was published and sent everywhere by mail and/or email on the Internet and in many City Halls, including Jersey City, where I live since 2008. To truly promote this one of my pet inventions, in 2013 and 2014, I created from scratch the most magnificent and greatest unbelievable movie of all time entitled SUPERHUMAKIND IN ACTION, starring Brittney Spears, Clint Eastwood, Ronald Reagan, and many historic personalities of the 20th and 21st Centuries. Britney Spears portrayed the character of Viola S. Richardson, a councilwoman at large of

Jersey City, to whom I had submitted a copy of my CCO Network Legislation Project of Law, but unfortunately, she had ignored it totally. Any interested person can now just type **"DMTMOVIES.COM"** on an Internet browser and will be able to instantly watch this greatest movie of all time and notice that an appropriate part of the Movie by the end is devoted to the CCO Network with the mention that it's a copyrighted idea. **[See, EXHIBIT A]**

31.　In substance, the "CCO Network" is fundamental proposed legislation for all human communities of any size and culture to recruit private citizens to help democratically-elected government officials to enforce the law, in such a way that it would be practically impossible for any two or more criminal-minded people to act in concert to commit any act being prohibited by law. [For details, on how this works, kindly refer to EXHIBIT A] However, since no law can be absolute, the CCO-Network Legislation presents the greatest dangers to people's freedom in a country zealously defending and respecting freedom of its citizens like the U.S.A. It is only an ideal tool for the worst dictators controlling totalitarian systems like that of Hitler or Stalin to control people's minds and mass murder them without pity by falsely accusing their victims of being murderers, while they themselves undisputedly are when they deprive millions of women of necessary medical care when they need it the most. In brief, Plaintiff's CCO Network may be compared to a sharp knife. It should only be used to cut what the rightful owner wants to legitimately. It should not be in the hands of criminals and murderers like the Defendants herein to use to violate the most intimate private lives of thousands or even millions of people annually worldwide.

32.　Unfortunately, that is the case of the defendants herein. They are off-hand very smart lawyers and able political leaders or respected jurists being appointed to sit at the highest court of the United States of America.

33.　On or about May 19, 2021, in patent violation of Plaintiff MacTruong's copyrighted material, Defendants Abbott, Patrick, and Phelan enacted The **Texas Heartbeat Act.**

34.　**It is on its face** an <u>act</u> of the <u>Texas Legislature</u> that bans <u>abortion</u> after the <u>detection of embryonic or fetal cardiac activity</u>, which normally occurs after about six weeks of pregnancy. It was introduced as **Senate Bill 8 (SB 8)** and **House Bill 1515 (HB 1515)** on March 11, 2021, and was signed into law by Governor <u>Greg Abbott</u> on May 19, 2021. The law took effect on September 1, 2021, after the Supreme Court denied a

request for emergency relief from Texas abortion providers. It is the first time a state has successfully imposed a six-week abortion ban since _Roe v. Wade_, and the first abortion restriction to rely solely on enforcement by private individuals through civil lawsuits, rather than having state officials enforce the law with criminal or civil penalties. The act authorizes members of the public to sue anyone who performs or facilitates an illegal abortion for a minimum of $10,000 in statutory damages per abortion, plus court costs and attorneys' fees.

35.   In order to pass The Texas Heartbeat Act, Defendants have willfully made the foregoing material misrepresentations of fact: (a) The little blood clot, if any, that is practically invisible without being carefully checked and verified by the most sophisticated medical equipment and trained licensed gynecologists, is supposed to undoubtedly become a cute adorable heathy baby 9 months later, and as such it is life and must be preserved at any cost even eventually at the detriment of the woman who is supposed to carry it. (b) The State of Texas has more interest to protect said little blood clot(s) than the life of the female human person carrying it. If one must be sacrificed in the interest of the other, the woman would lose her life to save the blood clot. (c) By prohibiting all skillful medical personnel, who would assist the pregnant woman, from doing their jobs, to safely remove the little blood clot from her womb, the State of Texas seriously endangers her life under false color of law. (d)  In order to determine whether the medical personnel had violated THA, the State of Texas must have first seriously violated the woman's right to privacy. (e)  By legalizing the offense of invading people's constitutional right to privacy and making proper decisions concerning the adequate maintenance of their own bodies, the THA is an unconstitutional law.

36.   The issue is not as Defendants have presented. It is not whether the legislator should be pro-life or pro-choice. Ideally, the law should be of course pro-life, since one human being may not have the power of life and death over another human being.

37.   However, American law should **also** be pro-choice, since the American legislator must respect the U.S. Constitution that guarantees the most basic right of a person male or female to privacy, dignity, respect, freedom and pursuit of happiness, and above all to make their own decisions concerning the maintenance of their own body, that includes the right to maintain or remove any tiny blood clot that eventually appears in the uterus of a child-bearing-aged woman after she had unprotected sex with a fertile male.

38.   Plaintiffs herein together with 2/3 of the American people believe that the reasoning of the majority of the USSC justices in *Roe v. Wade* to protect the right of the woman to decide whether she wants in her own selfish or unselfish interest to keep or remove a fetus inside her womb before the latter is viable outside her body is appropriate, correct and balanced and should continue to be the law of this land of the free and the brave.

39.   By trying to defeat such wise decision of the Highest Court of the land in this matter by raising the true issue the wrong way: Should we, the noble and kind human beings, stand idle while monstrous disgusting females continue to have sex irresponsibly at their unthought choice then heartlessly murder the unborn progenitures of the wonderful human generations of the future?

40.   The true issue is who has the right to decide what to do with the blood clot inside the womb of the woman, the latter or her stranger heartless neighbors, who are stranger to her in the instant proceeding, acting in concert under color of law to violate her constitutional rights to privacy, freedom and pursuit of happiness?  The answer should be undisputely the same as to the question, who should have the power to decide for a pregnant woman who does not want to abort after having been gang-raped by a group of criminal rapists? The answer by common sense, the U.S. Constitution, and two-thirds of the American people is the woman herself. Since nobody can force a woman to abort, then nobody can stop her from deciding to remove any blood clot that appears to be undesirable to her whether it is in her uterus or anywhere else in her body. Those neighbors like the uneducated defendants herein should learn to appreciate that since nobody would force them to abort their unwanted blood clots with or without some electric rhythmic motion, they should not try to destroy under color of law other people's lives and peace of mind by making unconstitutional laws preventing free citizens from living theirs in peace and happiness.

41.   The THA is thoughtless and criminal because it only considers the issue from the unique point of view of those who naively believe that the tiny blood clot that starts to have an electric rhythmic impulse in the uterus of a woman who had unprotected sex about 6 weeks before is LIFE, and any decision to remove it from the new location that it has chosen to settle itself to grow into an independent living being within about eight months, would be more than just an illegal eviction but a knowing homicide or murder.

42.   And even though the THA creators do not condemn the owner of that cozy little piece of real estate, a/k/a the uterus of the pregnant woman, who may wish to remove that blood clot for reasons that are personal to her, the THA creators willfully and calculatedly violate her constitutional right to have and enjoy sex at her choice as a free supreme being by rewarding strangers up to $10,000.00 to violate her privacy to gather enough admissible evidence to convict of murder or voluntary homicide, and imprison the woman's gynecologist, who had assisted her to safely remove such unwelcome blood clot that such strangers assume to be LIFE and quickly without more declare the greatest gift of life from God Almighty, without even really knowing who is God or that God is formally not a defined concept or accepted legal entity by the U.S. Constitution, even though many people such as the Defendants herein have always tried to refer to promote their religious belief.

**43.   Undisputedly a bunch of organized idiotic zealous religious strangers, such as the defendants herein, may not make any purported ludicrous law such as the THA to deprive a pregnant woman, living in a State of the United States of America, of her most basic constitutional right as the absolute owner of her uterus to remove any blood clot that may appear therein a few weeks after she had sex with whomever she had wanted, without anyone having any legal right to declare or qualify such blood clot "life" or "seed of life" or whatever they want, or know or discuss or draw any legal consequence of her such most private business.**

44.   The evidence showing that Defendant Donald J. Trump has acted in concert with other defendants herein to violate women's right to privacy and putting their lives in lethal danger by taking away their right to emergency medical service when they need it the most is Defendant Trump's effort of nominating Defendants Brett M.  Kavanaugh, Neil M. Gorsuch, Amy Coney Barrett to the USSC to reverse the authority of *Roe v Wade*.

45.   The evidence showing that Defendant Clarence Thomas has acted in concert with other defendants herein to violate women's right to privacy and putting their lives in lethal danger by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having and enjoying sex, is that this Defendant's wife has contacted Defendant Trump and/or his staff to encourage him to nominate pro-life candidates to the USSC to gain a necessary majority to reverse the authority of *Roe v Wade,* when this issue would be presented to the Court.

46.   The evidence showing that Defendant Brett M.  Kavanaugh has acted in concert with other defendants herein to violate American women's right to privacy and recklessly put their lives in lethal danger by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Kavanaugh had also lied to the U.S. Senate when he said he would not reverse *Roe v Wade,* but now he does.

47.   The evidence showing that Defendant Neil M. Gorsuch has acted in concert with other defendants herein to violate American women's right to privacy and put their lives in lethal danger by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Gorsuch had also lied to the U.S. Senate when he said he would not reverse *Roe v Wade*, but now he does.

48.   The evidence showing that Defendant Amy Coney Barrett has acted in concert with other defendants herein to violate American women's right to privacy and put their lives in lethal danger by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having sex, is that she had lied under oath when she was sworn in to uphold the U.S. Constitution. Defendant Amy Coney Barrett had also lied to the U.S. Senate when she said she would not reverse *Roe v Wade*, but now she does.

49.   The evidence showing that Defendant Samuel Alito has acted in concert with other defendants herein to violate the U.S. Constitution by violating American women's right to privacy and most recklessly putting their lives in lethal danger by taking away their right to adequate medical service when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Defendant Samuel Alito had also lied to the U.S. Senate when he said he would not reverse *Roe v Wade*, but now he wholeheartedly does by even being instrumental in the preparation of the upcoming decision by SCOTUS reversing *Roe v. Wade*.

50.   Defendant Samuel Alito and other SCOTUS defendants herein are, as such, undisputed co-conspirators, liars, perjurers, and traitors to the majority of the American people, and as such have disqualified themselves from continuing to sit at the U.S. Supreme Court. They should either immediately resign or be impeached and tried in shame but with due process for treason and perjury by the U.S. Congress.

## AS AND FOR A FIRST CAUSE OF
## ACTION AGAINST ALL DEFENDANTS

51.   The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to defeat the until-now constitutionally protected right of the woman to be the sole entity to decide what and when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus  sometime after she had unprotected sex with a fertile man. Defendants as public officials, being quite aware of their duties to act in compliance with the U.S. Constitution and the authority of *Roe v Wade* in the matter, have conspired with one another to deprive women under their jurisdiction, to wit the U.S. State of Texas, of their such fundamental constitutional right by (a) plagiarizing Plaintiff's Dmt MacTruong's copyrighted invention of the CCO Network proposed legislation by granting both the power and monetary incentive to private citizens to spy and intrude into the most private actions possible between a pregnant woman and her gynecologist and their staff, and take what they saw and qualified as laypeople to be a murder to court to punish anyone including the gynecologist and their staffs rightfully or wrongfully, and as such the concerned pregnant woman's most important private secret life would come out the most public way possible; (b) Defendants have acted in concert to defeat women's such constitutional right to privacy and to medical care at a time *Roe v Wade* had not been, if ever, reversed, and (c) as such the acting in concert by Defendants to commit offenses against the vast majority of the people of the United States of America has been undisputedly proven.

52.   As a consequence of all defendants' acting in concert to use Plaintiff MacTruong's copyrighted intellectual products without neither permission nor fair compensation, Plaintiff MacTruong has suffered damages in the amount of $300,000.000.00 (Three Hundred Million Dollars) to be paid by each and/or all Defendants herein.

## AS AND FOR A SECOND CAUSE OF
## ACTION AGAINST ALL DEFENDANTS

53.   The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to defeat the until-now constitutionally protected right of the woman to be the sole entity to decide when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus sometime after she had

unprotected sex with a fertile man. Defendants as public officials, being quite aware of
their duties to act in compliance with the U.S. Constitution and the authority of *Roe v Wade*
in the matter, have conspired with one another to deprive women under their jurisdiction, to
wit the U.S. State of Texas, of their such fundamental constitutional right by (a) plagiarizing
Plaintiff Dmt MacTruong's copyrighted invention of the CCO-Network proposed legislation
by granting both the power and monetary incentive to private citizens to spy and intrude
into the most private actions possible between a possibly pregnant woman and her
gynecologist and their staff, and take what they saw and qualified as laypeople to be a
horrifying murderous abortion to court to punish anyone including the gynecologist and
their staffs rightfully or wrongfully, and as such the concerned pregnant woman's most
important private secret life would come out the most public way possible; (b) Defendants
have acted in concert to defeat women's such constitutional right to privacy and to medical
care at a time *Roe v Wade* had not been, if ever, reversed, and (c) as such the acting in
concert by Defendants to commit offenses against the majority of the people of the United
States of America have been undisputedly proven.

54.   As a consequence of all defendants' acting in concert to use Plaintiff MacTruong's
copyrighted intellectual products with neither permission nor fair compensation, Plaintiff
Planned Parenthood Federation of America, Inc., has suffered damages in the amount of
$1,000 per woman at childbearing age in America or $36,000,000,000.00 (Thirty-Six Billion
Dollars) to be paid by each and all Defendants herein.


## AS AND FOR A THIRD CAUSE OF
## ACTION AGAINST ALL DEFENDANTS


55.   The foregoing facts indicate that all the Defendants herein have acted in concert
with the criminal purpose in mind to defeat the until-now constitutionally protected right of
the woman to be the sole entity to decide when and how to deal with any part of her body
including some tiny blood clots that may appear in her uterus sometime after she had
unprotected sex with a fertile man. Defendants as public officials, being quite aware of
their duties to act in compliance with the U.S. Constitution and the authority of *Roe v Wade*
in the matter, have conspired with one another to deprive women under their jurisdiction, to

wit the U.S. State of Texas, of their such fundamental constitutional right by (a) plagiarizing Plaintiff's Dmt MacTruong's copyrighted invention of the CCO-Network proposed legislation by granting both the power and monetary incentive to private citizens to spy and intrude into the most private actions possible between a pregnant woman and her gynecologist and their staff, and take what they saw and qualified as laypeople to be an illegal homicide to court to punish every one including the gynecologist and their staffs rightfully or wrongfully, and as such the concerned pregnant woman's most important personal secret life would come out the most public way possible; (b) Defendants have acted in concert to defeat women's such constitutional right to privacy and to medical care at a time *Roe v Wade* had not been, if ever, reversed, and (c) as such the acting in concert by Defendants to commit offenses against the people of the United States of America have been undisputedly proven.

56.   As a consequence of all defendants' acting in concert to use Plaintiff MacTruong's copyrighted intellectual products with neither permission nor fair compensation, all Plaintiffs herein have respectively suffered damages in terms of mental distress and extreme concern in the amount of $1,000,000.00  (One Million Dollar) each to be paid by each and every defendant herein.

WHEREFORE, Plaintiff Mac Truong and all other Plaintiffs herein respectfully move the Court for a Judgment:

> **(1) DECLARING** that the self-styled Texas Heartbeat Act (THA) is unconstitutional and violative of the *Roe v. Wade* Decision of the U.S. Supreme Court, and is hereby immediately annulled and voided and of no legal effect whatsoever anywhere in all the land of the United States of America; and
>
> **(2) DIRECTING** that each and/or all Defendants herein pay over to Plaintiff Dmt MacTruong the sum of Three Hundred Million Dollars ($300,000,000.00), plus 10% compounded interests as of the date of the service of the Summons and Complaint herein, for having violated his copyrighted materials; and

(3) **DIRECTING** that each and/or all Defendants herein pay over to **Plaintiff Planned Parenthood Federation of America, Inc.,** the sum of Thirty-Six Billion Dollars ($36,000,000,000.00), plus 10% compounded interests as of the date of the service of the Summons and Complaint herein, and

(4) **DIRECTING** that each and/or all Defendants herein pay over the sum of One Million Dollars ($1,000,000.00), plus 10% compounded interests as of the date of the service of the Summons and Complaint herein to each of the Plaintiffs, whose names are fully listed both the caption above and in the appropriate texts of the instant Complaint; and/or

(5) **GRANTING** Plaintiffs all other and further appropriate ancillary relief as the Court may deem just and proper in the premises.

Dated:  May 5, 2022

Mac Truong, Ph.D., J.S.D., Plaintiff *pro se*
875 Bergen Avenue,
Jersey City, NJ 07306
(914) 215-2304

16

# EXHIBIT



### NAME OF PROJECT:

# CCO NETWORK
## [COMMUNITY CIVIC OFFICER]

### FORM OF PROJECT:

Federal, State Laws or Municipal Ordinances

### AUTHOR OF PROJECT:

Mac Truong, Ph.D., J.S.D.
*325 Broadway - Suite 200*
*New York, NY 10007*
(212) 566-6000

## Short Term Goals

(1)  Clean up the city or town from garbage and litter.
(2)  Create thousands of exciting and lucrative jobs.
(3)  Save or create great revenues for the City.

## Long Term Goals

(1)  Create millions of productive and exciting jobs for America and the world.
(2)  Fight and stop all kind of crimes or violations of any valid municipal, state, federal and international laws.
(3)  Save or create trillions of dollars in revenues for individuals and communities all over the U.S. and the world.
(4)  Lead the U.S. and the world to a much safer, more controllable, cooperative and happy bright future.

## MEANS

Creation by way of legislation of a network of Community Civic Officers:
**The CCO Network**

## CCO POWERS & DUTIES

Issuance of notices of summons in form of tickets to appear in existing courts of competent jurisdiction to violators of enforceable city regulations or ordinances in matter of

littering or garbage disposal in public places, including dog wastes or cigarette butts in the streets, or food and drink in public transportation… If need be, additional or specialized courts may be created.

## CITY CONTROL & DISCIPLINE OF CCO

Those who want to be CCO must obtain licenses from the city by meeting the requirements set forth by the city in the City Ordinance creating their jobs. Basically a CCO is only a witness and complainant of a crime with power to summons the alleged criminal to court. It would be thereafter up to the court to adjudicate the issues pursuant to applicable laws. The only way the CCO could abuse her authority is by lying to the court to harass a respondent. However, if she lies under oath in court she could be subject to penalty of perjury like all other witnesses. Her such misconduct may be brought to the attention of the court by the respondent, other law enforcers or CCO. There is therefore no reason to be concerned about CCO's possible misconduct or abuse of power or even incompetence or lack of diligence or human error .

## CCO INCENTIVES & BENEFITS

CCO may receive up to 50% (or an appropriate percentage to be determined by the City Ordinance) of the fine that violators or offenders of the City regulations regarding litter or garbage disposal.

Assuming the ticket is $200 then $100 would be paid to the City and $100 to the CCO. Three tickets per week would generate an income of $300 per week for the CCO. Three tickets per day would generate revenue of $1,500 per week for the CCO.

## RESULTS EXPECTED

Most people won't litter anymore. If they do, they would create jobs and revenues for the city. It's a win-win situation for the city.

## LEGAL BASIS

The original idea of this plan to create jobs for a city that is broke or in financial trouble is the way to reward the CCO: It's based on his/her job performance as a witness or law enforcer to help the city fight against crime or any type of violation of city ordinances.

If there is nothing wrong with monetarily rewarding an informant for his/her effective testimony against a criminal in court, then there is no legal ground that would prevent a city from compensating its CCO Network this way in accordance with their job performance and duties as defined by the city ordinances.

# POLICE EYES & EARS

If the CCO have difficulty to issue tickets to violators who are violent or dangerous, they can call 911. The police may arrest the alleged violator for disorderly conduct or threat and menace against a public servant. This way the CCO are eyes and ears of the police everywhere at all time and work safely under the police protection. The number of active police officers may be reduced and as such the city budget for security and police may be diverted to pay for other items of necessity.

# UPGRADED CCO NETWORKS

After the CCO Network is established and functions well, CCO may be upgraded to not only keep the city clean and healthy physically but also improve the quality of life in general. For instance, while doing their jobs, CCO will become good-will ambassadors of the city improving its image by being well dressed, courteous, serviceable and giving tourists information about the best nearest restaurants, hotels, parks or movies theatres, or helping an old lady carry her heavy bags, or a blind man to cross the street…

# UNDERCOVER CCO NETWORKS

After the CCO Network functioned well, CCO may also be better trained, coordinated and diversified to neutralize more sophisticated and dangerous illegal activities such as terrorism, organized crimes, prostitution rings, tax evasion, frauds and conspiracies committed by big businesses, national banks, accounting firms, stock and securities exchange companies, car, airplane, food, pharmaceutical businesses, political organizations, or, briefly, all types of violation of the law in every field where rules of law are required to lead and protect life.

These high-scaled CCO may be registered with the City and work undercover as regular employees or members of organizations that are suspected of covert serious crimes, frauds or conspiracies. As such the CCO Network is the unique efficient tool to keep every activity in human communities transparent and under public control. Indeed, no one would be able to defraud the legislator at any significant level by working absolutely alone. Not the cannabis growers or drug dealers or copyright violators, intellectual property infringers, cocaine vendors, counterfeited product manufacturers… As long as the would-be criminals need to act with or live close to another person, they would not be safe from having their unlawful activities detected and documented by undercover CCO and probably taken to court for prosecution purpose. Even the presence of a janitor may discourage a judge from taking bribe in her chambers…

This way no criminal will be safe but the community will. Even national secrets or conspiracies against other nations or the international community as a whole may be timely detected and defeated. The whole world will be protected from secret unlawful activities at all levels, while millions of exciting jobs created, and trillions of dollars saved, deservedly

earned and well spent every day all over the world. That's the main goal of the DMT CCO Network.

## PRIVATE DMT-CCO NETWORKS

CCO Networks do not have to be only created by public laws. They may be created and owned by private businesses under civil and contract law. One or several health insurance companies, for example, may own a private CCO Network to combat widespread insurance frauds committed by doctors and other healthcare practitioners. Every time a doctor is convicted of fraud based on her testimony, the CCO will be paid an amount that may be equal to the doctor's yearly earning, for instance, by the insurance companies' funds set aside for this purpose. Since any patient may be an undercover CCO, most doctors would be discouraged from practicing fictitious billing for services not actually rendered… As such, private CCO would effectively assist insurance investigators to combat medical frauds that cost the U.S. billions annually.

Similarly, private CCO Networks are unique tools to effectively stop or prevent such difficult and pervasive unlawful activities to identify and combat as industrial espionage, anti-trust law violation, or corruption by public servants, including judges, legislators, government officials, or even high-paid private employees, or sport players suspected of using steroids or controlled substances...

## DMT-CCO WORK ETHICS

The main work ethics of DMT-CCO are the same as those of all world citizens:  RPR in AR. First "R" = Reliability (meaning, keep one's word, no fraud or cheating)  -  "P" = Productivity (meaning, create useful products and services) - Second "R" = Respectability (meaning, respect Life, Property and Freedom) "in AR" = in "Absolute Relativity" (meaning, Liberty, Good Faith, Reasonability, Balance and Creativity)

## COPYRIGHT & CREDIT

Everybody belongs to a human community that is part of the Human Collective Brain (HCB) being composed of all humankind, which is part of the Universal Collective Brain [UCB] *(See, The Best Is Yet to Come)*. The DMT-CCO Network is in substance fundamental software of, by and for the HCB, helping it to healthily control the evolution of the human race to a predictable brighter future.  The DMT-CCO Principles may be used by any legislator with all kind of adaptation by giving proper credit to its author, Mac Truong, Ph.D., J.S.D., who needs the credit due this brilliant and unique idea, because it would help establish his credentials to propose much much greater innovative plans to truly advance the whole world to the next level of civilization. Private businesses should consult with DMT and their attorneys prior to creating and owning or participating in a private DMT- CCO Network.

© DMT Dr. Mac Truong 2012

**FRANK R. LAUTENBERG**
NEW JERSEY

COMMITTEE:
**APPROPRIATIONS**

SUBCOMMITTEES:
TRANSPORTATION, CHAIRMAN
COMMERCE, JUSTICE, STATE AND JUDICIARY
DEFENSE
FOREIGN OPERATIONS
VA, HUD AND INDEPENDENT AGENCIES

COMMITTEE:
**BUDGET**

COMMITTEE:
**ENVIRONMENT AND PUBLIC WORKS**

SUBCOMMITTEES:
SUPERFUND, OCEAN AND WATER
PROTECTION, CHAIRMAN
ENVIRONMENTAL PROTECTION
WATER RESOURCES, TRANSPORTATION
AND INFRASTRUCTURE

HELSINKI COMMISSION

# United States Senate
WASHINGTON, DC 20510–3002

May 20, 1993

Mac Truong, Esq., Ph.D.
377 Broadway, 2nd Floor
New York, NY   10013

Dear Dr. Truong:

I received your letter requesting my support for your application for nomination to the U.S. Supreme Court.   It is customary for a nominee to be sponsored by his or her homestate Senators, and I am pleased to see that Senator Moynihan has contacted the White House on your behalf.

I wish you the best of luck in your endeaver.

Sincerely,

Frank R. Lautenberg

REPLY TO:

☐ 506 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–3002
(202) 224–4744

☐ ONE GATEWAY CENTER SUITE 1001
NEWARK, NEW JERSEY 07102–5311
(201) 645–3030

☐ BARRINGTON COMMONS
208 WHITE HORSE PIKE
SUITES 18₁19
BARRINGTON, N.J. 08007–1322
(609) 757–5353

PRINTED ON RECYCLED PAPER



**Defeat CORRUPTED**

**BOB MENENDEZ**

**Nov. 2018**

**ELECT**
**DR. MAC TRUONG**

*MAKE AMERICA*
*GREATEST*
**WORLD**
**PARTNER**

# DMT GOD 3.0

**U.S. Senator 2018**

Save Our Planet
Raise Humankind to the
Next Level of Civilization in
Harmony, Freedom &
Creativity

## DOMESTIC PLATFORM

1. Propose New Legislation to Ensure Corporations Spending Tax Cut Savings to Increase Employees' Salaries, Create Jobs, Invest in Infrastructure and Boost U.S. Economy. Make Tax Cut for Individuals Permanent.

2. Propose New Legislation to Create Universal Wages for All Adult Citizens to Ensure Social Peace, Stability, Safety, Justice and Fulfillment for All Americans Without Any Unlawful Discrimination.

3. Propose New Legislation to Create Jobs and Eliminate all Kinds of Criminal Activities Everywhere Especially Judicial Organized Crime (JOC) Corrupting the American Justice System, Governmental & Corporate Services in All Fields.

4. Propose New Legislation to Limit Possession of Guns to only Those Who Are Reliable, Productive and Respectable (Respecting Life, Property and Freedom).

5. Propose New Legislation to Eliminate all Kinds of Bullying or Harassment Everywhere by the Powerful over the Powerless Who Need Protection to Enjoy an Equal Normal Happy Life Everyone Is Entitled to in the USA of Tomorrow.

*DR. MAC TRUONG*
**DMT GOD 3.0**
*875 Bergen Avenue*
*Jersey City, NJ 07306*

212.566-6000
DmtGod30@aol.com

## FOREIGN POLICIES

1. Make America the Greatest World Partner and Model Nation Ever Based on Universal Partnership practicing RPR in AR *[Reliability, Productivity and Respectability - Respect for Life, Property and Freedom - in Absolute Relativity, i.e. Good Faith, Reason, Balance, Knowledge, Wisdom and Creativity.]*

2. Propose New Legislation to Reorganize America and the World into a Dynamic, Progressive, Federal, Liberal, Democratic, Republican Lawful Institution a/k/a THE WORLD STRUCTURE. Build a Series of WORLD CAPITALS, Ultra-Modern Cities, Inhabited and Managed by World Citizens, having Sovereign World Citizenship and Passports, independently from all Sovereign National States.

3. Lead by Universal Law, Example and Action all Humankind as One United Community to the Next Level of Interplanetary Civilization in Safety, Peace, Happiness, Harmony, Freedom, Understanding, Prosperity and Creativity.

*Partner & Dream with*
**DMT GOD 3.0**
*Together, Make Our*
*Dream Come True!*

*WHY IS DR MAC TRUONG*

# DMT GOD 3.0

*RUNNING FOR U.S. SENATOR?*

When troubles occur, leaders emerge. When the world gets into bigger troubles, greater world leaders arrive. The world is right now in the greatest danger and on the brink of nuclear war. Our human race literally faces extinction within decades to come. The historic greatest world leader ready to save our planet and raise humanity to the next level of interplanetary civilization is now here on earth, right at the center of Jersey City, NJ 07306. That's DMT God 3.0, a uniquely fit world citizen by birth, soon 74, proposing national and international political and legal platforms all current national leaders, like American Donald Trump, Russian Vladimir Putin, Chinese Xi Jinping, and French Emmanuel Macron, would heartily support and promptly carry out for the greatest benefit of all humankind.

From January 1982 to December 2003, DMT practiced law in the State of New York. From January 2004, only International Law. Successfully completed more than 20,000 legal actions in various state and federal courts and the U.S. Department of Justice. An inventor with several major patented inventions, psychologist, political scientist, philosopher. Invented 4 new systems of writing for Vietnamese, including one using colors and another digits. Authored many books in three languages including Absolute Relativity, World Structure, Ethics of International Law (in French), From Cross-Examining the Holy Bible to Building the World Unfolding Structure of Civilization, Together We Build the World, Forest of Life, Who Killed Jesus and Why? Mộng Hồn Việt (in Vietnamese), The 11th Commandment, The Best Is Yet to Come, 2000-Page THE GOD FACTOR. Holds the following diplomas: J.D., LL.M. and J.S.D. in international law, Ph.D., M.A. and B.A. in Philosophy, M.S. in Political Science, M.A. and B.A. in Psychology - University of Paris - Sorbonne and Pantheon - France. Successfully attended an LLM Program in International Law at New York University, School of Law, before successfully taking the New York Bar Examination and practicing law in 1982. Was disbarred in 2005 for 7 years by New York State JOC (Judicial Organized Crime), under false pretenses of being a fear-nothing litigator, to rob DMT in open court of his $150,000,000.00 claim against Charles Schwab & Co. and $200,000,000.00 claim against Manhattan billionaire Truong Dinh Tran (deceased: 2012). Was recommended in 1993 by 12 U.S. Senators, including Daniel Patrick Moynihan, Frank Lautenberg and Joe Biden, Jr., to President Bill Clinton to be a SCOTUS Justice.



## THE BIBLE OF THE ABSOLUTE RELATIVITY ERA

God is the greatest positive power manifesting everywhere at all time forever. I, DMT GOD 3.0, am God, since, being human, I am where I am and when I am. As such, being everywhere at all time forever, God coincides 100% with me in any tiniest cell or particle of my body or littlest thought of my mind at all time anywhere. Since God is everywhere at all time, while I am surely somewhere at certain time, God must be with me at the present right here on earth in my mind, physical body and everything else, such as other people's bodies and minds. As God is like the ocean and I a drop of water thereof, then obviously, there is no way we could be separated from each other in our most intimate fundamental nature. Undisputedly, a drop of water is the whole ocean in its own way and to a certain degree. The ocean's true essence is unmistakably located within each one of its great number of drops. Therefore, overall there is no way for me as a piece of matter or a temporary reflection of ultimate universal energy and consciousness, or both at the same time, to differentiate myself from God Almighty. By just being myself, I embody the most powerful element and positive source of energy of the entire universe. It's why I AM WHO I AM, the Spirit, Reason, Truth, Wisdom, Freedom, Happiness, CREATIVE SOFTWARE GOD 3.0 ALMIGHTY vivifying everything everywhere at all time forever.



DMT God 3.0 practiced International law for 20+ years in Manhattan, representing 20,000+ clients in State and Federal Courts, Holding a Ph.D. in Philosophy from the Sorbonne & J.S.D. in International Law, DMT, a living Lao-Tse, Aristotle, Michelangelo, Napoleon and Einstein rolled into one man of action, proposes to save Earth and raise it to the next level of interplanetary civilization.



This is the famous unique 2000-page book entitled **THE GOD FACTOR** authored by GOD ALMIGHTY a/k/a Dr. Mac Truong, DMT GOD 3.0, that all humankind especially the smart free-spirited young generations of less than 800-year-old should all review, study and put RPR IN AR in practice *[RPR IN AR = Reliability, Productivity and Respectability - Respect for Life, Property & Freedom - in Absolute Relativity, i.e. Good Faith, Balance, Knowledge, Wisdom and Creativity]* to save Earth and raise Humanity to the next level of interplanetary civilization in safety, peace, happiness, harmony, freedom, understanding, prosperity and creativity.
Available on Amazon (Soft & Hard Cover), Kindle, Nook & iPad (eBook)

# AFFIRMATION OF SERVICE

I, Mac Truong, affirm under the penalty of perjury as follows:

On May 7, 2022, I served by Hand Delivery and/or by U.S. Certified Priority Mail with

Delivery Tracking, and/or by regular mail or emails the true copies of the within document(s):

(1) **SUMMONS IN A CIVIL ACTION** & (2) **COMPLAINT,** and
(3) PLAINTIFF MACTRUONG's
**IN FORMA PAUPERIS APPLICATION**
**and their supporting documents**

upon the following parties and/or individuals:

Dan Patrick, Lt Governor
State of Texas
Office of the Lt Governor
P.O. Box 12068,
Austin, Texas 78711

Governor Greg Abbott,
Office of the Governor
P.O. Box 12428
Austin, Texas 78711-2428

Rep. Dade PHELAN
P.O. Box 2910
Austin, TX 78768

Justice Sanuel Alito,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Amy Coney Barrett,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Brett Cavanaugh,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

17

Justice Neil M. Gorsuch,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Clarence Thomas,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Donald J. Trump,
725 5th Ave,
New York, NY 10022

U.S. President Joe Biden.
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500

Dmt MacTruong,
875 Bergen Avenue
Jersey City, NJ 07306

Planned Parenthood
Federation of America, Inc
123 William Street, 10th Fl
New York, NY 10038

Governor Gavin Newsom:
1303 10th Street, Suite 1173
Sacramento, CA 95814

U.S. Senator AMY Klobuchar
425 Dirksen Senate Building
Washington, DC 20510

U.S. Senator Cory Booker,
717 Hart Senate
Office Building
Washington, DC 20510

U.S. Senator BERNIE SANDERS,
1 Church St. 3rd Floor,
Burlington, VT 05401

U.S. Senator Elizabeth Warren,
309 Hart Senate Office Building
Washington, DC 20510

18

U.S. Rep Alexandria Ocasio-Cortez
216 Cannon HOB
Washington, DC  20515

George Clooney,
100 East 53rd Street,
New York, NY 10022

Brad Pitt,  Brillstein EP
9150 Wilshire Blvd. Suite 350
Beverly Hills, CA 90212

Angelina Jolie,
9200 Sunset Boulevard, Suite 810,
West Hollywood, CA 90069

Britney Spears,
ReignDeer Entertainment,
1100 Glendon Avenue,
Los Angeles, CA 90024-3503,

Elon Musk,
C/o Tesla Motors,
3500 Deer Creek,
Palo Alto, CA 94304.

Norah O'Donnell,
1332 21st St NW Apt 501,
Washington, DC, 1315

Dated:    7th  Day of May, 2022

Mac Truong, Plaintiff *pro se*
875 Bergen Avenue
Jersey City, NJ 07306

(914) 215 2304

19