

RECEIVED
MAY 9 - 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| Dmt MacTruong, Planned Parenthood Federation of America, Inc., Elizabeth Warren, Amy Klobuchar, Cory Booker, Bernie Sanders, Alexandria Ocasio-Cortez, Joseph R. Biden, Jr., Gavin Newsom, George Clooney, Brad Pitt, Angelina Jolie, Elon Musk, Britney Spears, Norah O'Donnell, <br><br>Plaintiffs,<br>-AGAINST-<br><br>Greg Abbott, Dan Patrick, Dade Phelan, Donald J. Trump, Clarence Thomas, Brett M. Kavanaugh, Neil M. Gorsuch, Amy Coney Barrett, Samuel Alito,<br>Defendants | 1:22CV00476 LY<br><br>**Action Civ No.** |

## SUMMONS IN A CIVIL ACTION

To: Defendants:

Governor Greg Abbott,
Office of the Governor
P.O. Box 12428
Austin, Texas 78711-2428

Dan Patrick, Lt Governor
State of Texas
Office of the Lt Governor
P.O. Box 12068,
Austin, Texas 78711

Rep. Dade PHELAN
P.O. Box 2910
Austin, TX 78768

1

Donald J. Trump,
725 5th Ave,
New York, NY 10022

Justice Clarence Thomas,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Brett Cavanaugh,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Neil M. Gorsuch,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Amy Coney Barrett,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Samuel Alito,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Dmt MacTruong
875 Bergen Avenue,
Jersey City, NJ 07306

Planned Parenthood
Federation of America, Inc
123 William Street, 10th Fl
New York, NY 10038

U.S. Senator Elizabeth Warren,
309 Hart Senate Office Building
Washington, DC 20510

U.S. Senator AMY Klobuchar
425 Dirksen Senate Building
Washington, DC 20510

U.S. Senator Cory Booker,
717 Hart Senate
Office Building
Washington, DC 20510

U.S. Senator BERNIE SANDERS,
1 Church St. 3rd Floor,
Burlington, VT 05401

U.S. Rep Alexandria Ocasio-Cortez
216 Cannon HOB
Washington, DC  20515

U.S. President Joseph R.Biden., Jr.
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500

Governor Gavin Newsom:
1303 10th Street, Suite 1173
Sacramento, CA 95814

George Clooney,
100 East 53rd Street,
New York, NY 10022

Brad Pitt, Brillstein EP
9150 Wilshire Blvd. Suite 350
Beverly Hills, CA 90212

Angelina Jolie,
9200 Sunset Boulevard, Suite 810,
West Hollywood, CA 90069

**Elon Musk,**
C/o Tesla Motors,
3500 Deer Creek,
Palo Alto, CA 94304.

Britney Spears,
Reign Deer Entertainment,
1100 Glendon Avenue,
Los Angeles, CA 90024-3503,

Norah O'Donnell,
1332 21st St NW Apt 501,
Washington, DC, 1315

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 5/7/2022

**CLERK OF COURT**

Signature of Clerk or Deputy Clerk

*Plaintiff Prose*
*MAC TRUONG*
*For clerk of Court*
*(914) 215 2304*

Rev. Ed. October 26, 2017

4

**Elon Musk,**
C/o Tesla Motors,
3500 Deer Creek,
Palo Alto, CA 94304.

**Britney Spears,**
Reign Deer Entertainment,
1100 Glendon Avenue,
Los Angeles, CA 90024-3503,

**Norah O'Donnell,**
1332 21st St NW Apt 501,
Washington, DC, 1315

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**CLERK OF COURT**

Date: _____            _____
                                         Signature of Clerk or Deputy Clerk

Rev. Ed. October 26, 2017