PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL    PRESS FI...


UNITED STATES POSTAL SERVICE

Retail


US POSTAGE PAID
**P**  $8.95
Origin: 07306
05/07/22
3338730403-16

PRIORITY MAIL 2-DAY®
0 Lb 9.80 Oz
1004

EXPECTED DELIVERY DAY: 05/10/22

SHIP TO:
AUSTIN TX 78701

USPS TRACKING® #
9505 5160 2831 2127 3783 88

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

MAC TRUONG, Ph.D., J.S.D.
875 Bergen Avenue
Jersey City, NJ 07306

SCREENED ... USC
MAY 0 9 2022


TO:

U.S. District Court,
Western District of Texas
U.S. District Clerk's Office
501 West Fifth Street, Suite 1100.
Austin, Texas 78701.

This envelope is made from post-consumer waste. Please recycle - again.

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.