IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DMT MACTRUONG A/K/A MAC DR. TRUONG, § § § PLAINTIFF, § V. § § GREG ABBOTT ET AL., § § DEFENDANTS. § | CAUSE NO. 1:22-CV-476-LY |

### FINAL JUDGMENT

Before the court is the above-referenced cause of action. On this date, the court dismissed Plaintiff's lawsuit as frivolous. *See* 28 U.S.C. § 1915(e). Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _18th_ day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE